SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorney for Plaintiff
LATANYA WILLIAMS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ROSE AESTHETICS LLC; GFT MELROSE, LLC; and DOES 1-10,<br><br>Defendants. | Case No.   2:25-cv-04708-SPG (SKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)]<br><br>Complaint Filed:   May 23, 2025<br>Trial Date:           None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Latanya Williams ("Plaintiff"), hereby dismisses the above-captioned action in its entirety and with prejudice as to all claims and causes of action against all Defendants. Defendants have not filed any Answers to Plaintiff's Complaint and Defendants have advanced no cross-claims, either individually or collectively.

Dated: July 21, 2025                    SO. CAL. EQUAL ACCESS GROUP

By: */s/ Jason J. Kim*
    Jason J. Kim, Esq.

Attorney for Plaintiff Latanya Williams